IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                         No. CV 15-0298 RB/LAM
                                   CR 09-2968 RB

NATHAN ARCHULETA,

    Defendant/Movant.

## ORDER GRANTING MOTION FOR FREE PROCESS

**THIS MATTER** is before the Court on Defendant/Movant's *Application for Free Process as to Service of Subpoenas and Witness Fees (Doc. 42)*, filed October 27, 2016. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant/Movant's *Application for Free Process as to Service of Subpoenas and Witness Fees (Doc. 42)* is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to the provisions of Rule 45 of the Rules of Civil Procedure, subpoenas shall issue to secure the attendance of the witnesses referenced in the motion [*Doc. 42*], and the costs incurred by the process and the fees of the witnesses so subpoenaed shall be paid by the U.S. Marshal in accordance with 28 U.S.C. § 1825(b).

**IT IS FURTHER ORDERED** that the Court Clerk shall forward two certified copies of this Order to the U.S. Marshal Service.

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**