IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                             No. CV 15-0298 RB/LAM
                                    CR 09-2968 RB

**NATHAN ARCHULETA,**

    **Defendant/Movant.**

## ORDER EXTENDING DEADLINE FOR SUPPLEMENTAL BRIEFING

**THIS MATTER** is before the Court pursuant to the evidentiary hearing held in this case on November 16, 2016, at which the Court stated that the parties may file supplemental proposed findings of fact and conclusions of law by November 21, 2016.  At the evidentiary hearing, Defendant/Movant asked the Court to consider a claim that was not raised in Defendant/Movant's § 2255 Motion, specifically regarding a plea offer of seventeen years instead of the initially claimed alleged plea offer of fifteen years.  The Court will require the parties to submit supplemental proposed findings of fact and conclusions of law, complete with citations to the hearing testimony, and addressing Defendant's new claim.  The parties shall **provide specific citations to the transcript of the testimony from the evidentiary hearing to support each proposed finding of fact in their supplemental briefing**.  For this reason, the Court will allow the parties additional time to submit their supplemental proposed findings of fact and conclusions of law after they have ordered and received the official hearing transcript.

2

      **IT IS FURTHER ORDERED** that the parties shall order a copy of the transcript **no later than Friday, November 18, 2016**.

      **IT IS FURTHER ORDERED** that the parties shall file their supplemental proposed findings of fact and conclusions of law, with specific citations to testimony from the evidentiary hearing, **no later than <u>ten (10) days</u> after the filing of the official transcript in this case**.

      **IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**