IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                              No. CV 15-0298 RB/LAM
                                                   CR 09-2968 RB

NATHAN ARCHULETA,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Second Proposed Findings and Recommended Disposition (Doc. 65)*, entered on January 10, 2017, regarding Defendant/Movant's remaining § 2255 claim. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Second Proposed Findings and Recommended Disposition (Doc. 65)*, deny Defendant/Movant's § 2255 Motion [*Doc. 1*], and dismiss this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Second Proposed Findings and Recommended Disposition (Doc. 65)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Defendant/Movant's § 2255 motion [*Doc. 1*] is **DENIED**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE**, and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

                                                  _____
                                                  **HONORABLE ROBERT C. BRACK**
                                                  **UNITED STATES DISTRICT JUDGE**